**O**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARTIN TINOCO REYES,<br><br>                Petitioner,<br><br>   vs.<br><br>LARRY SMALL, WARDEN,<br><br>                Respondent. | CASE NO. CV 09-00669 RGK (RZ)<br><br>JUDGMENT |

This matter came before the Court on the Petition of MARTIN TINOCO REYES, for a writ of habeas corpus. Having reviewed the Petition and supporting papers, and having accepted the findings and recommendation of the United States Magistrate Judge,

IT IS ORDERED AND ADJUDGED that the Motion to Dismiss is granted and the action is dismissed with prejudice as untimely.

DATED: December 18, 2009

*[signature: Gary Klausner]*

R. GARY KLAUSNER
UNITED STATES DISTRICT JUDGE